

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00379-CR

Francisco **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CR-3376
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 31, 2021.

_____
Rebeca C. Martinez, Chief Justice